AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE          DISTRICT OF          PUERTO RICO

UNITED STATES OF AMERICA,                              **APPEARANCE**

v.                                                    CRIMINAL NUMBER: 98-101(SEC)

JESUS CHRISTIAN CEPEDA, ET AL

To the Clerk of this court and all parties of record:

Enter my appearance as COUNSEL in this case for the United States of America. Additionally it is respectfully requested that electronic notification to Assistant U.S. Attorney Humberto S. Garcia be terminated.

August 4, 2005                    /s/ Nathan J. Schulte
*Date*                            *Signature*

                               NATHAN J. SCHULTE, AUSA
                               *Print Name*

                               Room 1201, Torre Chardon,
                               350 Carlos Chardon Street
                               Hato Rey, Puerto Rico 00918
                               *Address*

                               (787) 766-5656
                               Phone Number
                               nathan.schulte@usdoj.gov
                               E-mail Address

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date August 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

    /s/ Nathan J. Schulte
NATHAN J. SCHULTE, AUSA
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918
(787) 766-5656
E-mail Address: nathan.schulte@usdoj.gov